IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JASMIN HERNANDEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00069-RP-JCM |
| | § | |
| | § | |
| BAYLOR UNIVERSITY BOARD OF | § | |
| REGENTS; ART BRILES, in his official | § | |
| capacity as head football coach; IAN | § | |
| MCCAW, in his official capacity as | § | |
| athletic director, | § | |
| Defendants. | § | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE TIME
FOR FILING AN ANSWER**

Pending before the Court is Defendant Baylor University Board of Regents' Unopposed Motion to Extend the Time for Filing an Answer. The Court GRANTS the motion and extends the date for all defendants to file an answer or responsive motion to July 20, 2016.

Dated June _____, 2016.

_____
HON. JEFFREY C. MANSKE

797452
094030.000002