IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JASMIN HERNANDEZ,<br> Plaintiff,<br><br>v.<br><br>BAYLOR UNIVERSITY BOARD OF REGENTS; ART BRILES, in his official capacity as head football coach; IAN MCCAW, in his official capacity as athletic director,<br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:16-CV-00069-RP |

# EXHIBIT A
# TO DEFENDANTS' MOTION TO DISMISS

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

BAYLOR UNIVERSITY
Filing Number: 6987501

Restated Certificate of Formation

March 08, 2011

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on July 07, 2016.



Carlos H. Cascos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555         Fax: (512) 463-5709         Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10266                  Document: 678966960003

| Form 414<br>(Revised 12/09)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>Filing Fee: See instructions | <br><br>Restated Certificate of Formation<br>With New Amendments | This space reserved for office use.<br><br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br><br>MAR 08 2011<br><br>**Corporations Section** |

## Entity Information

The name of the filing entity is:

Baylor University

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name

The filing entity is a: (Select the appropriate entity type below.)

- ☐ For-profit Corporation
- ☑ Nonprofit Corporation
- ☐ Cooperative Association
- ☐ Limited Liability Company
- ☐ Professional Corporation
- ☐ Professional Limited Liability Company
- ☐ Professional Association
- ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: 6987501

The date of formation of the filing entity is: July 16, 1936

## Amendments to Certificate of Formation

This restated certificate of formation makes new amendments to the certificate of formation. Provided below is an identification by reference or description of each added, altered, or deleted provision.

### Identification of New Amendments
(Indicate the changes that have been made by checking the appropriate box or boxes.)

☐ The entity name has been amended.

☐ The registered agent name or registered office address has changed.

☐ The purpose of the entity has been amended.

☐ The period of duration of the entity has been amended.

☐ A general partner has withdrawn or been admitted to the limited partnership.

Form 414                                                    7

## Identification of New Amendments (continued)
(Indicate the changes that have been made by checking and completing the appropriate box or boxes.)

☑ **Other changes.** The certificate of formation has been amended as follows:

☐ **Add**  Each of the following provisions is added to the certificate of formation. The identification or reference of each added provision is set forth below. The full text of each added provision is contained in the amended and restated certificate of formation attached hereto.

☑ **Alter**  The following identified provisions of the certificate of formation are amended. The full text of each amended provision is contained in the amended and restated certificate of formation attached hereto.

☐ **Delete**  Each of the provisions identified below are deleted from the certificate of formation.

## Statement of Approval

Each new amendment has been made in accordance with the provisions of the Texas Business Organizations Code. The amendments to the certificate of formation and the restated certificate of formation have been approved in the manner required by the Code and by the governing documents of the entity.

## Required Statements

The restated certificate of formation, which is attached to this form, accurately states the text of the certificate of formation being restated and each amendment to the certificate of formation being restated that is in effect, and as further amended by the restated certificate of formation. The attached restated certificate of formation does not contain any other change in the certificate of formation being restated except for the information permitted to be omitted by the provisions of the Texas Business Organizations Code applicable to the filing entity.

### Effectiveness of Filing (Select either A, B, or C)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

### Execution

The undersigned affirms that the person designated as registered agent in the restated certificate of formation has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: *March 4, 2011*

By: *Baylor University*
*Charles D Beckenhauer*
Signature of authorized person

*Charles D. Beckenhauer, Secretary*
Printed or typed name of authorized person (see Instructions)

Attach the text of the amended and restated certificate of formation to the completed statement form. Identify the attachment as "Restated Certificate of Formation of [Name of Entity]."

# RESTATED CERTIFICATE OF FORMATION
# (WITH AMENDMENTS)
# OF BAYLOR UNIVERSITY
# As Adopted February 11, 2011

### ARTICLE 1

Baylor University, pursuant to the provisions of the Texas Business Organizations Code, hereby adopts this Restated Certificate of Formation that accurately copies Baylor University's previous Certificate of Formation and all amendments thereto that are in effect to date and as further amended by this Restated Certificate of Formation as hereinafter set forth.

### ARTICLE 2

Each such amendment made in this Restated Certificate of Formation has been effected in conformity with the provisions of the Texas Business Organizations Code and such Restated Certificate of Formation was duly adopted in the following manner:

> The Restated Certificate of Formation as so amended was adopted at a meeting of the board of directors held on February 11, 2011, and received the vote of a majority of the directors in office, or, solely with respect to the amendment of Article 8 a vote of 2/3 of the directors in office, there being no members having voting rights.

### ARTICLE 3

Baylor University has 21 directors. A list of these directors and their addresses is attached as Exhibit "A".

### ARTICLE 4

The prior Articles of Incorporation and all amendments and supplements thereto are hereby superseded by the following Restated Certificate of Formation which accurately copies the entire text thereof:

# RESTATED CERTIFICATE OF FORMATION
# OF
# BAYLOR UNIVERSITY

### Article One

The name of the corporation is BAYLOR UNIVERSITY, sometimes hereinafter referred to as "the University."

### Article Two

The corporation is a non-profit corporation.

### Article Three

The period of duration of the corporation shall be perpetual.

### Article Four

The purposes for which said corporation is created are educational and the encouragement, support, and maintenance of education in all of its branches. The assets of the corporation are pledged for use in carrying out these purposes and in performing the corporation's educational function. On discontinuance of the corporation by dissolution and liquidation, the Board of Directors shall transfer its assets to The Baptist General Convention of Texas (hereinafter referred to as "the Convention") or, if at such time the Convention shall not be qualified as an organization exempted from taxation under Section 501(c)(3) of the Internal Revenue Code of 1986 or its then counterpart, to an educational, charitable, religious, or other similar organization that is qualified as a tax exempt organization under Section 501(c)(3) of the Internal Revenue Code of 1986 or its then counterpart. A district court of the State of Texas shall dispose of any remaining assets of the corporation by delivering them to an educational, charitable, religious or other similar organization or organizations that are exempted from taxation under Section 501(c)(3) of the U.S. Internal Revenue Code of 1986 or its then counterpart.

### Article Five

The corporation is to have no members.

### Article Six

The principal place of business of Baylor University is in Waco, Texas. The street address of its registered office is 350 North St. Paul Street, Dallas, Texas 75201, and CT Corporation System is its registered agent at such street address.

### Article Seven

The corporation shall have a corporate seal with the design of a five pointed star upon which shall be inscribed the words "Baylor University Founded in 1845, Pro Ecclesia - Pro Texana," or some similar wording and designing as the said corporation may deem proper.

### Article Eight

The corporation is operated within Christian-oriented aims and ideals of Baptists and is controlled by a Board of Directors.

### Article Nine

9.01  The business and affairs of the corporation shall be under the sole management and control of the Board of Directors who shall have and may exercise all of the powers and authority of a board of directors under and pursuant to the Texas Business Organizations Code and other applicable law, and who may do all such lawful acts and things as are not by said statute or by this Certificate directed or required to be exercised or done otherwise. Pursuant to Section 22.201 of the Texas Business Organizations Code, the Board of Directors is hereby designated the "Board of Regents of Baylor University" and any action taken by the Board of Directors under the name Board of Regents of Baylor University is an act of the Board of Directors.

9.02  The number of Directors shall be set in the manner provided by the corporation's Bylaws. The terms of office for Directors shall be specified in the Bylaws. The procedure by which Directors are elected, appointed, or designated is according to the manner provided in the Bylaws.

### Article Ten

10.01  The Board of Directors shall have sole power and authority to amend or repeal this Certificate of Formation or to adopt a new Certificate of Formation for the corporation.

10.02  The Board of Directors shall have sole power and authority to amend or repeal the Bylaws or to adopt new Bylaws for the corporation.

## Article Eleven

This corporation shall have such rights, powers and duties as appertain to corporations under and pursuant to the general laws of this State and such rights, powers and duties as may inhere in it by reason of its corporate capacity and existence. The corporation shall have the power through its Board of Directors, upon the recommendation of its faculty, to confer upon any student of the University, or upon any other person, any of the degrees usually conferred by similar institutions, and to grant diplomas for such degrees, and in all other respects to exercise the functions of the most favored of educational institutions.

This Restated Certificate of Formation was adopted at the meeting of the Board of Directors held on February 11, 2011 at Dallas, Texas and received the vote of a majority of the Directors in office, or, solely with respect to the amendment of Article 8 a vote of 2/3 of the directors in office, there being no members.

ATTEST:                                            BAYLOR UNIVERSITY

By: *Charles D Beckenhauer*                        By: *Elizabeth Davis*
    Charles D. Beckenhauer                              Elizabeth Davis
    its Secretary                                       its Executive Vice President
                                                        and Provost

STATE OF TEXAS           §
                         §
COUNTY OF McLENNAN       §

BEFORE ME, a Notary Public, on this day personally appeared Charles D. Beckenhauer, Secretary of Baylor University, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 11th day of February, 2011.



Marsha J. Duckworth, Notary Public
State of Texas

My commission expires: July 15, 2013.