UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Waco Division

| | |
|---|---|
| JASMIN HERNANDEZ;<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR UNIVERSITY BOARD OF REGENTS; ART BRILES, in his official capacity as head football coach; IAN MCCAW, in his official capacity as athletic director;<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§<br><br>Case No.: 6:16-cv-00069-RP<br><br>Hon. Robert Pitman |

### PLAINTIFF JASMIN HERNANDEZ'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BRILES' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Jasmin Hernandez (hereinafter "Hernandez"), Plaintiff in the above entitled and numbered cause and files her Motion for Extension of Time to Respond to Defendant Briles' Rule 12(b)(6) Motion to Dismiss. In support thereof, Hernandez would respectfully show unto the Court as follows:

**I.**

On November 14, 2016, Defendant Briles filed a Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint ("MTD"). The deadline for Plaintiff to respond to Defendant Briles' MTD is November 28, 2016.

Due to the upcoming Thanksgiving holiday, Plaintiff is requesting a two-week extension of time to respond to Defendant Briles' MTD. The new deadline for a response would be *December 12, 2016*.

## II.  CERTIFICATE OF CONFERENCE

On November 22, 2016, counsel for Hernandez conferred with counsel for Defendant Briles concerning Plaintiff's request for the extension of time sought in this motion. Counsel for Defendant Briles indicated that Defendant Briles was *UNOPPOSED* to the extension of time.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court enter an order extending the time to respond to Defendant Briles' MTD.

Dated:  November 23, 2016              Respectfully submitted,

/s/ Alexander S. Zalkin
Alexander S. Zalkin (admitted *pro hac vice*)
alex@zalkin.com
Ryan M. Cohen (admitted *pro hac vice*)
ryan@zalkin.com
THE ZALKIN LAW FIRM, P.C.
12555 High Bluff Drive, Ste. 301
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Susan Hutchison (#10354100)
hutch@hsjustice.com
HUTCHISON & STOY PLLC
509 Pecan Street, Suite 201
Fort Worth TX  76102
Telephone: (817) 820-0100
Facsimile: (817) 820-0111

*Attorneys for Plaintiff Jasmin Hernandez*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 23, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                THE ZALKIN LAW FIRM, P.C.

                /s/ Alexander S. Zalkin
                Alexander S. Zalkin (CSB#280813)
                alex@zalkin.com
                THE ZALKIN LAW FIRM, P.C.
                12555 High Bluff Drive, Ste. 301
                San Diego CA  92130
                Telephone: (858) 259-3011
                Facsimile: (858) 259-3015

Dated: November 23, 2016