IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JASMIN HERNANDEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § | 6:16-CV-69-RP |
| BAYLOR UNIVERSITY, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court in the above-entitled action is a Joint Motion to Request Scheduling Conference and Entry of Scheduling Order. (Dkt. 86). To the extent the motion requests a conference to discuss scheduling, the motion is hereby **GRANTED**. To the extent the motion requests entry of the proposed (and disputed) Scheduling Order, the motion is hereby **DENIED**. The Court will enter a Scheduling Order in this matter following the scheduling conference set in this Order.

The parties in this matter, or counsel acting on their behalf, are hereby directed to appear for an in-person scheduling conference on Thursday, March 30, 2017, at 2:30 p.m. The hearing will take place in District Courtroom #1 on the third floor of the United States Courthouse located at 800 Franklin Avenue in Waco, Texas.

**SIGNED** on March 6, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE