IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JASMIN HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00069-RP |
| | § | |
| BAYLOR UNIVERSITY *et al*, | § | |
| | § | |
| Defendants. | § | |

**AGREED STIPULATION OF DISMISSAL AS
TO DEFENDANTS ART BRILES and IAN McCAW**

TO THE HONORABLE JUDGE OF THE COURT:

It is hereby stipulated by and between the parties to this action through their designated counsel that any and all claims and causes of action asserted against Defendants Art Briles and Ian McCaw in the above-captioned action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall bear their own costs, attorneys' fees, and expenses.

Respectfully submitted,

**THE ZALKIN LAW FIRM, P.C.**

By:      */s/ Alexander S. Zalkin*
     Alexander S. Zalkin
     California Bar No. 280813
     alex@zalkin.com (email)
     Irwin M. Zalkin
     California Bar No. 89957
     irwin@zalkin.com (email)
     Ryan M. Cohen
     California Bar No. 261313
     ryan@zalkin.com (email)
     12555 High Bluff Drive,, Suite 301
     San Diego, California  92130
     (858) 259-3011 (telephone)
     (858) 259-3015 (fax)

**HUTCHISON & STOY, PLLC**

By:     */s/ Susan E. Hutchison*
      Susan E. Hutchison
      Texas Bar No. 10354100
      sehservice@hsjustice.com (service email)
      hutch@hsjustice.com (email)
      509 Pecan Street, Suite 201
      Fort Worth, Texas  76102
      (817) 820-0100 (telephone)
      (817-820-0111 (fax)

**COUNSEL FOR PLAINTIFF**
**JASMIN HERNANDEZ**


**THOMPSON & HORTON LLP**

By:     /s/ *Lisa A. Brown*
      Lisa A. Brown
      Texas Bar No. 03151470
      Phoenix Tower, Suite 2000
      3200 Southwest Freeway, Suite 2000
      Houston, Texas  77027-7554
      (713) 554-6741 (telephone)
      (713) 583-7934 (fax)
      lbrown@thompsonhorton.com (email)

      Holly G. McIntush
      Texas Bar No. 24065721
      400 West 15th Street, Suite 1430
      Austin, Texas  78701
      (512) 615-2351 (telephone)
      (512) 682-8860 (fax)
      hmcintush@thompsonhorton.com (email)

**COUNSEL FOR DEFENDANT**
**BAYLOR UNIVERSITY**

**THE LANIER LAW FIRM, P.C.**

By: */s/ W. Mark Lanier*
 W. Mark Lanier
 Federal ID No. 8461
 State Bar of Texas No. 11934600
 6810 Cypress Creek Parkway
 Houston, Texas  77069
 (713) 659-5200 (telephone)
 (281) 866-6867 (fax)
 WML@LanierLawFirm.com (email)

**COUNSEL FOR DEFENDANT
ART BRILES**


**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**

By: /s/ *Thomas P. Brandt*
 Thomas P. Brandt
 State Bar of Texas No. 02883500
 tbrandt@fhmbk.com (email)
 Stephen D. Henninger
 State Bar of Texas No. 00784256
 shenninger@fhmbk.com (email)
 Two Energy Square
 4849 Greenville Avenue, Suite 1300
 Dallas, Texas  75206
 (972) 860-0361 (telephone)
 (214) 987-9649 (fax)

**COUNSEL FOR DEFENDANT
IAN McCAW**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Agreed Stipulation of Dismissal as to Defendants Art Briles and Ian McCaw* was served upon all counsel of record on this 15th day of August, 2017, via the Court's ECF/CMF electronic service system.

    /s/ *Alexander Zalkin*
Alexander Zalkin