## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| JASMIN HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00069-RP |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THE COURT:

It is hereby stipulated by and between the parties to this action through their designated counsel that any and all claims asserted against Baylor University in the above-captioned action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own costs, attorneys' fees, and expenses.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF**

By:   */s/ Alexander S. Zalkin*

Alexander S. Zalkin
alex@zalkin.com
Ryan M. Cohen
ryan@zalkin.com
Irwin Zalkin
Irwin@zalkin.com

The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Ste. 301
San Diego CA 92130
Telephone: (858) 259-3011

Susan Hutchison
hutch@hsjustice.com

        State Bar of Texas No. 10354100
        Hutchison & Stoy PLLC
        509 Pecan Street, Suite 201
        Fort Worth, Texas 76102
        Telephone: (817) 820-0100

**COUNSEL FOR DEFENDANT**

**THOMPSON & HORTON LLP**

By:    */s/ Lisa A. Brown*

Lisa A. Brown
Texas Bar No. 03151470
3200 Southwest Freeway, Suite 2000
Houston, Texas  77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)
lbrown@thompsonhorton.com (email)

Holly G. McIntush
Texas Bar No. 24065721
400 West 15th Street, Suite 1430
Austin, Texas  78701
(512) 615-2351 (telephone)
(512) 682-8860 (fax)
hmcintush@thompsonhorton.com (email)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Agreed Stipulation of Dismissal was served upon all counsel of record on this 20th day of November 2017, via the Court's ECF/CMF electronic service system.

        */s/ Alexander S. Zalkin*
        Alexander S. Zalkin (CSB#280813)
        alex@zalkin.com
        THE ZALKIN LAW FIRM, P.C.
        12555 High Bluff Drive, Ste. 301
        San Diego CA  92130
        Telephone: (858) 259-3011
        Facsimile: (858) 259-3015